FILED
IN CLERKS OFFICE

2004 JUN 28  P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

To: Tony Anastas, Clerk
US District Court
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: Clark v. Pepe, et al.
C.A. No. 99-cv-12659-JLT

June 18, 2004

Dear Clerk Anastas:

Kindly find my one Motion Addressed to Your Court and I will appreciate your filing of such for the record.

Plaintiff's Motion Requesting The Right To Address The Court Concerning The Dismissal Of His Suit Since Learning About It For The First Time Today When Mail Was handing To Him By Prison Guard That Clerk Of This Court Sent In The Manner Of Docket Entry Sheet Form.

Thank you Clerk!

Respectfully,
Joseph D. Clark W-45354
Pro'se Plaintiff

CC: Margaret S. Melville, Counsel

United States District Court

For The

District Of Massachusetts

FILED
IN CLERKS OFFICE
2004 JUN 28  P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

Joseph D. Clark
  Plaintiff,

V.

Peter A. Pepe, et al,
  Defendants.

Civil Action
No. 99-12659-JLT

## Plaintiff's Motion Requesting The Right To Address The Court Concerning The Dismissal Of His Suit Since Learning About It For The First Time Today When Mail Was handing To Him By Prison Guard That Clerk Of This Court Sent In The manner Of Docket Entry Sheet Form.

Now comes the plaintiff, Joseph D. Clark,

-1-

in the above-entitled civil case and respectfully asks the Court to allow him the Right to address this Court concerning the Dismissal of his lawsuit that was entered on 7/29/02 for which plaintiff is just now being notified that this is so.

Plaintiff first begin by informing the Court what has occurred in this case is "exactly" the same thing that happened with his other case that was once before this Court, got dismissed then recently Re-instated by Order of the Appeals Court on May 25, 04, and even assigned to different Judge Your Honor, (Mark L. Wolf).

The Case is C.A. No. 00-cv-11314-JLT, which JLT has been changed to (MLW).

-2-

The dirty tactics played by the defendants whom are prison guards is primarily why the suits got dismissed for (**want of prosecution**) because they never gave me the letters which your Clerk said it sent informing me that motion for counsel was allowed in one case C.A. No. 00-cv-11314 JLT and denied in the other C.A. No. 99-12659 JLT.

Only notification that I received was last year, when dismissal was given on case that has now been re-instated by said Appeals Court that being C.A. No. 00-cv-11314 MLW.

The other factor which lead to the dismissals were this Court's own initiation in implementing the dismissal for (want of prosecution) for one of inaction on my part

but this Court did so without giving this learning pro'se litigant notice to move the case along or suffer said dismissal, when all along this plaintiff truly did not know that irregardless of counsel being appointed (OR) not, he still must proceed with prosecuting the case, and because plaintiff din't know, the Appeals Court has now given him second breath which I now shall adhere ~~~~ to with great conformity.

Now, the main basis of addressing this Court lies with the need to have the Court know that instead of me ~~~~ wasting the Court's valuable time as well as the tax payers' financial

- 4 -

burden in bringing this matter to the attention of the Appeals Court as in the previous established C.A. No. 00-cv-11314MLW, I will spare that burden only because since the inception of this suit, the portions of the meal trays have dramatically improved to where at present moment no need is constituted to bring claim under 8th Amendment violation of cruel and unusual punishment useing food as a means of punishment. The significant increase in portions have been on going for over 2 years now.

    I do not take lightly the food deprivation that was occurring when I first filed this suit nor do I prefer to let the defendants get away with what they've done to me, but

because I still remain unskilled with doing legal work and am tremendously engaged with other matter which is of greater significance, and I don't have a firm or counsel to aid still Indigent person, I cannot afford to detract from the new re-instated Excessive Use Of Force case and other pending state issues too.

I truly would pursue this matter to Appeals Court with Counsel's assistance, but since none can be given and my being so overly occupied with tremendous case load of work as still learning pro'se litigant, i'm forced to out this one.

In concluding, I want to point out to the Court, that my aim in this address was to

- 6 -

bring the understanding behind the way these prison guards and/or officials went about holding my letters sent by Clerk to inform me of Rulings issued by you whereby after all the 3 plus years since you denied my motion for appointed Counsel on 8/8/2000 and close to 2 years when you dismissed this suit on 7/29/02 I am just now learning of such.

I Thank the Court grandly for allowing me this bit of time to express the factors that have occurred behind what truly lead my case being disposed of.

Dated: 6/18/04

Respectfully submitted,

Joseph D. Clark

Joseph D. Clark
Pro'se Plaintiff

-7-